RUTH HERING v. BOARD OF EDUCATION OF THE BOROUGH OF MAGNOLIA, COUNTY OF CAMDEN.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DIXON.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID G. WILLIAMS.

January 29, 1985.

Petition for certification denied. (See 197 *N.J.Super.* 127)

STATE OF NEW JERSEY v. DAVID G. WILLIAMS.

January 29, 1985.

Cross-petition for certification denied. (See 197 *N.J.Super.* 127)